# IN THE UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GARRY L. FULLER, | ) |
|       Plaintiff, | ) **Case No.: 4:09-cv-03187** |
| v. | ) ORDER |
| FARMLAND FOODS, INC., | ) |
|       Defendant. | ) |

This matter is before the Court on the Motion of Joshua C. Dickinson and Spencer Fane Britt & Browne LLP to withdraw as counsel of record for Defendant Farmland Foods, Inc. (Document #25). The docket indicates that Jeannie M. DeVeney and Denise K. Drake of the law firm of Littler Mendelson, P.C. will continue to represent Defendant in this matter.

IT IS THEREFORE ORDERED that the Motion to Withdraw (Document #25) is granted and Joshua C. Dickinson and Spencer Fane Britt & Browne LLP are relieved of any further representation of Defendant. Attorneys Jeannie M. DeVeney, Denise K. Drake and Littler Mendelson, P.C. shall continue to be counsel of record for Defendant.

DATED this 19th day of March, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
Cheryl R. Zwart, U.S. Magistrate

OP 343486.1